UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  07-22868-CIV-HUCK/O'SULLIVAN

DARIUS THOMAS and
AGATHA THOMAS, his wife,



     Plaintiffs,

vs.

ROBERT BOSCH TOOL CORPORATION,
a foreign profit corporation, and
BLACK & DECKER, INC.,

     Defendants.

_____/

## ORDER OF DISMISSAL

THIS MATTER is before the Court upon Defendant Black & Decker, Inc.'s Notice of Settlement, filed May 30, 2008 (D.E. #47), and Defendant Robert Bosch Tool Corporation's Notice of Settlement, filed June 17, 2008 (D.E. #55), both of which indicate that Plaintiffs have settled their claims against both Defendants in this action.  Having been so notified and being otherwise duly advised in the premises, it is hereby

ORDERED that this action is DISMISSED WITH PREJUDICE.  This Court shall retain jurisdiction of this cause for the sole purpose of enforcing the terms of the settlement documents to be entered into between the parties. All pending motions are DENIED as moot and the case is CLOSED.

DONE and ORDERED in Chambers at Miami, Florida this June 30, 2008.

Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of Record